B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of Indiana

In re: Donna Sue Pickel And Kevin Joseph Pickel,            Case No.  14-02195-JMC-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PHH Mortgage Corporation | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PHH Mortgage Corporation
Bankruptcy Department
1Mortgage Way, Mail Stop SV-22
Mt. Laurel, NJ 08054

Phone:  (888) 554-6599
Email:  BKTrusteeQueries@ocwen.com
Last Four Digits of Acct #:  0495

Court Claim # (if known): 11-1
Amount of Claim:  $70,866.96
Date Claim Filed:  02/06/2015

Phone:  (888) 554-6599
Email:  BKTrusteeQueries@ocwen.com
Last Four Digits of Acct #:  8316

Name and Address where transferee payments should be sent (if different from above):

PHH Mortgage Corporation
P. O. Box 371458
Pittsburgh, PA 15250-7458

Phone:  (888) 554-6599
Last Four Digits of Acct #:  0495

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Javier Rivera_    Javier Rivera, Contract Management Coordinator    Date: April 12, 2019
Transferee/Transferee's Agent
for Ocwen Loan Servicing LLC as authorized agent for PHH Mortgage Corporation

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.